UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

|  |  |  |
|---|---|---|
| ANTHONY NOBLES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| | ) | No. 7:14-CV-214-FL |
| RODERICK BOYD; KEITH LARSEN; | ) | |
| and SOUTHERN INVESTIGATIVE | ) | |
| REPORTING FOUNDATION, | ) | |
| | ) | |
| Defendants. | ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration the plaintiff's motion for preliminary injunction; defendants' motions to dismiss for failure to state a claim upon which relief can be granted pursuant to Federal Rule of Civil 12(b)(6), and to strike the complaint pursuant to California's statutory prohibition on strategic lawsuits against public participation (the "Anti-SLAPP statute"), Cal. Civ. Proc. Code §§ 425.16-18; and plaintiff's motions to strike defendants' declarations pursuant to Federal Rule of Civil Procedure 12(f), for hearing, and for leave to file an amended complaint.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered May 8, 2015, and for the reasons set forth more specifically therein, that plaintiff's motion are denied. Defendants' motion to strike the complaint is denied as moot and defendants' motion to dismiss for failure to state a claim is granted. Plaintiff shall have and recover nothing from this action.

**This Judgment Filed and Entered on May 8, 2015, and Copies To:**
Ellen Wang (via CM/ECF Notice of Electronic Filing)
John D. van Loben Sels (via CM/ECF Notice of Electronic Filing)
Mei Tsang (via CM/ECF Notice of Electronic Filing)
Seth L. Hudson (via CM/ECF Notice of Electronic Filing)
Edwin L. West, III (via CM/ECF Notice of Electronic Filing)
Eric M. David (via CM/ECF Notice of Electronic Filing)
Timothy Graham Nelson (via CM/ECF Notice of Electronic Filing)

May 8, 2015                          JULIE RICHARDS JOHNSTON, CLERK
                                                             /s/ Christa N. Baker
                                                              (By) Christa N. Baker, Deputy Clerk